IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL K. TUCKER**  **PLAINTIFF**
**#157430**

v.                    CASE NO. 2:19-CV-00128-BSM

**CROSS COUNTY DETENTION**
**CENTER,** *et al.*     **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's partial recommended disposition [Doc. No. 7] is adopted.  Cross County Detention Center is dismissed with prejudice, and Brandon Sutton is dismissed without prejudice.  Michael Tucker may proceed with his constitutional claims against Joe Kelly, David West, and John Walker.  Pursuant to 28 U.S.C. section 1915(a)(3), it is certified that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED, this 23rd day of November, 2020.

*[signature]*
UNITED STATES DISTRICT JUDGE