UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL K. TUCKER                                                              PLAINTIFF
#157430

V.                          No. 2:19CV00128-BSM-JTR

JOE KELLY, Jail Administrator,
Cross County Detention Facility, et al.                                        DEFENDANTS

### RECOMMENDED DISPOSITION

The following Recommended Disposition has been sent to United States District Judge Brian S. Miller. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If you do not file objections, Judge Miller may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

### I. Discussion

Plaintiff Michael K. Tucker ("Tucker"), a prisoner in the Cross County Detention Center ("CCDC"), filed a pro se § 1983 Complaint and Amended Complaint alleging that Defendants violated his constitutional rights. *Docs. 2 & 5.*

On June 5, 2020, the Court entered an Order that: (1) granted Tucker's application to proceed in forma pauperis; but (2) directed him to file a Substituted Complaint within 30 days if he wished to proceed with this action, or his case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Doc. 6*.

Tucker did not file a Substituted Complaint, yet instead of dismissing the case, the Court elected to screen Tucker's claims from the Complaint and Amended Complaint together. On November 5, 2020, the Court issued a Partial Recommended Disposition that allowed Tucker to proceed with his inhumane conditions of confinement claims against Jail Administrator Joe Kelly, Sheriff David West, and Jailer John Walker, but dismissed, without prejudice, Tucker's claims against Brandon Sutton and CCDC. *Doc. 7*. The Partial Recommended Disposition was adopted by the District Court by Order dated November 23, 2020. *Doc. 8*.

On November 24, 2020, mail sent to Tucker at his address of record, the CCDC, was returned as undelivered, with the notation "Not here." *Doc. 9*. Tucker had not provided the Court with a change of address, even though the Court had previously notified Tucker of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Doc. 3*. Thus, the Court issued an Order on November 24, 2020, informing Tucker that if he wished to continue pursuing this lawsuit, he must file a notice of his current mailing address within thirty (30) days of the date of the Order, and that if he failed to timely and properly

comply with the Order, this case would be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2). *Doc. 10*.

As of the date of this Recommendation, Tucker has not complied with the Court's November 24, 2020 Order. The time to do so has expired. This is the second time Tucker has failed to comply with an Order. Tucker's last communication with the Court occurred more than a year ago, when he filed his Amended Complaint on November 5, 2019. *Doc. 5*.

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Plaintiff's case be DISMISSED, WITHOUT PREJUDICE, due to a lack of prosecution.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

DATED this 25th day of January, 2021.

_____
UNITED STATES MAGISTRATE JUDGE