IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MICHAEL TUCKER**                                                                 **PLAINTIFF**
**#157430**

v.                  **CASE NO. 2:19-CV-00128-BSM**

**CROSS COUNTY DETENTION CENTER,** *et al.*                    **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge J. Thomas Ray's recommended disposition [Doc. No. 14] is adopted. Michael Tucker failed to file a notice of his current mailing address within thirty days, and the time to do so has expired. *See* Doc. No. 10. Tucker's mail has been returned undelivered on several occasions, with no forwarding address provided. *See* Doc. Nos. 11–13, 15. Accordingly, this suit is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified, pursuant to 28 U.S.C. section 1915(a)(3), that an *in forma pauperis* appeal of this order would not be taken in good faith.

IT IS SO ORDERED, this 25th day of February, 2021.

                                                *[signature]*
                                     UNITED STATES DISTRICT JUDGE