IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

MICHAEL TUCKER                                                                                    PLAINTIFF
#157430

v.                              CASE NO. 2:19-CV-00128-BSM

CROSS COUNTY DETENTION CENTER, *et al.*                                      DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED, this 25th day of February, 2021.

                                                      UNITED STATES DISTRICT JUDGE